UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AVAIL 1 LLC,

              Plaintiff,

      -against-

MAUREEN LEMME, EXECUTOR OF THE
ESTATE OF ROBERT J. UMHOLTZ,
              Defendant(s).
----------------------------------------------------------------X

1:23-cv-01527 (BKS-CFH)

NOTICE OF MOTION FOR
DEFAULT JUDGMENT OF
FORECLOSURE AND SALE

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated February 1, 2024, and the accompanying Memorandum of Law, also dated February 1, 2024, as well as the Affidavit of James Fratangelo, sworn to on January 31, 2024, and upon all prior pleadings, papers and proceedings had heretofore, Avail 1 LLC, Plaintiff herein, by and through its attorneys Margolin, Weinreb & Nierer, LLP, will move this court before The Honorable Brenda K. Sannes, United States District Court Chief Judge, at the United States District Court for the Northern District of New York, located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Northern District of New York, and by the undersigned, Margolin, Weinreb & Nierer, LLP, 165 Eileen Way, Suite 101, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
        February 1, 2024

MARGOLIN, WEINREB & NIERER, LLP

By: /s/ Alan H. Weinreb\_\_\_\_

ALAN H. WEINREB, ESQ. (AW 9361)
Attorneys for Plaintiff
165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
alan@nyfclaw.com