UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AVAIL 1 LLC,   1:23-cv-01527 (BKS-PJE)

            Plaintiff,

                                  NOTICE OF RENEWAL
     -against-                        MOTION FOR DEFAULT
                                  JUDGMENT OF FORECLOSURE
MAUREEN LEMME, EXECUTOR OF THE    AND SALE
ESTATE OF ROBERT J. UMHOLTZ,
            Defendant(s).
----------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated January 22, 2025, and the accompanying Memorandum of Law, also dated January 22, 2025, as well as the Affirmation of James Fratangelo, sworn to on January 21, 2025, and upon all prior pleadings, papers and proceedings had heretofore, Avail 1 LLC, Plaintiff herein, by and through its attorneys Margolin, Weinreb & Nierer, LLP, will move this court before The Honorable Brenda K. Sannes, United States District Court Chief Judge, at the United States District Court for the Northern District of New York, located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

       PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Northern District of New York, and by the undersigned, Margolin, Weinreb & Nierer, LLP, 575 Underhill Blvd., Suite 224, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
       January 22, 2025

MARGOLIN, WEINREB & NIERER, LLP

By: <u>/s/ Alan H. Weinreb</u>

ALAN H. WEINREB, ESQ. (AW 9361)
Attorneys for Plaintiff
575 Underhill Blvd., Suite 224
Syosset, NY 11791
(516) 945-6055
alan@nyfclaw.com