UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AVAIL 1 LLC,　　　　　　　　　　　　　　　　　　　1:23-cv-01527 (BKS-PJE)

                Plaintiff,

                                                                          NOTICE OF RENEWED

           -against-                              MOTION FOR DEFAULT
                                                                    JUDGMENT OF FORECLOSURE

MAUREEN LEMME, EXECUTOR OF THE　　　　　AND SALE
ESTATE OF ROBERT J. UMHOLTZ,

                Defendant(s).
----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated September 22, 2025, and the accompanying Memorandum of Law, dated September 22, 2025, as well as the Affirmation of Amounts Due of James Fratangelo, sworn to on September 16, 2025, and upon all prior pleadings, papers, and proceedings heretofore had herein, Plaintiff Avail 1 LLC, by and through its undersigned counsel, Margolin, Weinreb & Nierer, LLP, will move this Court before the Honorable Brenda K. Sannes, United States District Judge, at the United States District Court for the Northern District of New York, located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, on a date and time to be designated by the Court, for an Order granting a default Judgment of Foreclosure and Sale in favor of Plaintiff, and for such other and further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received by the District Court Clerk's Office at the above address, with a copy served upon the undersigned at Margolin, Weinreb & Nierer, LLP, 575 Underhill Blvd., Suite 224, Syosset, NY 11791, in accordance with the rules of this Court.

Dated:  Syosset, New York
          September 22, 2025

                                                         MARGOLIN, WEINREB & NIERER, LLP

                                                         By: /s/ Alan H. Weinreb\_\_\_\_

>ALAN H. WEINREB, ESQ. (AW 9361)
>Attorneys for Plaintiff
>575 Underhill Blvd., Suite 224
>Syosset, NY 11791
>(516) 945-6055
>alan@nyfclaw.com